UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:14-Cr-073

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| (7) Juan Ortiz, Jr., | ) ) | |
| Defendant. | ) ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA, pursuant to Federal Rule of Criminal Procedure 48(a), the Court grants leave to the United States to move to dismiss and hereby orders the dismissal of the above-captioned Bill of Indictment, as to defendant JUAN ORTIZ, JR., without prejudice.

IT IS SO ORDERED.

Signed: December 6, 2017

Frank D. Whitney
Chief United States District Judge